**Order entered April 20, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00290-CV

### ARLIS D. WILLIAMSON, INDIVIDUALLY, ET AL., Appellants

### V.

### STELLAR RESTORATION SERVICES, LLC, Appellee

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-04256-2015**

## ORDER

We **GRANT** appellants' April 8, 2016 unopposed motion for an extension of time to file a brief. Appellants shall file a brief by **MAY 17, 2016**. No further extension of time will be granted in this accelerated appeal absent extenuating circumstances.

/s/    ELIZABETH LANG-MIERS
        JUSTICE